# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BILL L. HEMENWAY,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. C07-5634RBL

ORDER GRANTING I.F.P. APPLICATION

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 2nd day of January, 2008.

    */s/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER
Page - 1