1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL L. HEMENWAY,

                        Petitioner,

            v.

STATE OF WASHINGTON, JEFF
UTTECHT

                        Respondent.

Case No.  C07-5634RBL

ORDER FOR SERVICE AND
RETURN, § 2254 PETITION

        (l)      The clerk shall arrange for service by certified mail upon respondent, Jeff Uttecht,  and the

Attorney General for the State of Washington, copies of the petition, all documents in support thereof.

All costs of service shall be advanced by the United States.  The Clerk shall assemble the necessary

documents to effect service.  In addition, the Clerk shall send petitioner a copy of this Order, along with a

copy of the Court's General Order regarding *pro se*  litigation.

        (2)      Within forty-five (45) days after such service, respondent(s) shall file and serve an answer

in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts.  As part

of such answer, respondent(s) should state whether petitioner has exhausted available state remedies,

whether an evidentiary hearing is necessary, and whether there is any issue of abuse or delay under

Rule 9.  Respondent shall not file a dispositive motion in place of an answer without first showing cause

as to why an answer is inadequate.  Respondent(s) shall file the answer with the Clerk of the Court and

serve a copy of the answer upon petitioner.

1        (3)     The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon

2  receipt of the answer the Clerk will note the matter for consideration on the fourth Friday after the answer

3  is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the

4  Friday appointed for consideration of the matter, and respondent my file and serve a reply brief  not later

5  than on the Thursday immediately preceding the Friday designated for consideration of the matter.

        DATED this 2nd day of January, 2008.

                                 */s/ J. Kelley Arnold*
                                 J. Kelley Arnold
                                 United States Magistrate Judge