UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILL L. HEMENWAY,<br><br>                Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON, JEFF UTTECHT<br><br>                Respondent. | Case No.  C07-5634RBL<br><br>ORDER REGARDING APPOINTMENT OF COUNSEL |

The court has reviewed the record and Petitioner's motion for appointment of counsel (Doc. 8). Accordingly, it is ORDERED.

(l) It appears Petitioner is able to communicate his points and arguments, but is illiterate to a degree. The matter is significant and the issues raised are complex. Accordingly, it is appropriate to appoint counsel, the Federal Public Defender, in this matter to represent Mr. Hemenway. Petitioner's motion is GRANTED.

(2) The court has stayed the matter until May 1, 2008, to allow Petitioner the opportunity to properly exhaust his federal claims for habeas relief. During the stay period the Federal Public Defender should review this matter and appear on his behalf of Petitioner.

(3) The Clerk shall direct copies of this Order to petitioner, counsel for respondent, and to the Federal Public Defender's office.

DATED this 2nd day of January, 2008.

                                                  */s/ J. Kelley Arnold*
                                                  J. Kelley Arnold
                                                  United States Magistrate Judge