UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL L. HEMENWAY,

                Petitioner,

    v.

JEFF UTTECHT,

                Respondent.

Case No. C07-5634RBL

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME

    This matter is before the court on respondent's motion for an extension of time to file a an answer to the petition (Doc. 18). After reviewing the motion and the remaining record, the court orders as follows.

    (l) Respondent's motion for an extension of time is **GRANTED. The court grants respondent an extension until April 11, 2008, to file an answer to the petition.**

    (2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 18th day of March, 2008.

                              */s/ J. Kelley Arnold*
                              J. Kelley Arnold
                              United States Magistrate Judge