UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL L. HEMENWAY,

                Petitioner,

    v.

JEFF UTTECHT,

                Respondent.

Case No. C07-5634RBL

ORDER

    This matter is before the court on Respondent's motion for a more definite statement (Doc. 21), Petitioner's motion to continue (Doc. 22) and Petitioner's status report (Doc. 23). Having reviewed the status report, the court finds and orders as follows:

    1. The court finds it would be appropriate to continue to stay this matter a reasonable amount of time to allow Petitioner the opportunity to exhaust his habeas claims in the state court system    In addition, the court agrees that the petition is lacking in detail and a more definite amended petition should be filed as soon as the state proceedings conclude, or when the court determines that an unreasonable amount of time has expired.

    2. Accordingly, the court directs petitioner to serve and a second status report **by not later than November 15, 2008**, again stating the current status of those matters/cases (including state cause numbers) in which he is pursuing his state remedies. Petitioner shall also serve and file an amended petition within 30 days after either the state court's final decision on his pending Personal Restraint Petition or upon further order by this court.

    DATED this 15th day of May, 2008.

                                      */s/ J. Kelley Arnold*
                                      J. Kelley Arnold
                                      United States Magistrate Judge