UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL L. HEMENWAY,

    Petitioner,

v.

STATE OF WASHINGTON, JEFFREY UTTECHT,

    Respondent.

Case No. C07-5634RBL

ORDER

The Court, having reviewed the petition for habeas corpus, respondent's Answer, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, Petitioner's Objection to the Report and Recommendation, and the remaining record, does hereby find and ORDER.

(1) The Court adopts the Report and Recommendation.

(2) Petitioner is not entitled to an evidentiary hearing on his equitable tolling claim.

(3) The Petition was not filed within the one year period of limitation, and it is therefore DENIED.

(4) Petitioner's pending motions, if any, are DENIED, as being moot.

(5) The Court hereby issues a certificate of appealability on Petitioner's claim that the time for filing his petition should be equitably tolled. 28 U.S.C. §2253(c).

(6) The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to the Hon. J. Kelley Arnold.

DATED this 24th day of March, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE